# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

# JS-6

### CIVIL MINUTES – GENERAL

| Case No. | CV 20-07139-JLS-E | Date | February 16, 2022 |
|---|---|---|---|
| Title | Reahdeen Robertson v. Kristi Hall | | |

PRESENT:

### HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION AND FOR FAILURE TO PAY REQUIRED FILING FEE**

Plaintiff filed this action on August 3, 2020.   On August 18, 2020, the Court issued a minute order stating that this case will be dismissed unless Plaintiff pays the required filing fee on or before September 17, 2020.   As of today, Plaintiff has failed to pay the required filing fee.   Therefore, the Court ORDERS that this action is dismissed for lack of prosecution and for failure to pay the required filing fee.

                                                                          -        :        -

Initials of Deputy Clerk    mku

cc: